THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED STATES TITLE GUARANTY COMPANY, Relator, v. THE STATE TAX COMMISSION, Respondent.

— Determination reversed, with fifty dollars costs and disbursements, on the authority of *People ex rel. Home Mortgage I. Co.* v. *Tax Commissioners* (182 App. Div. 699). All concur.